AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

CITICORP CREDIT SERVICES, INC.,
          Plaintiff,

V.

LPL LICENSING, LLC and PHOENIX LICENSING, L.L.C.,
          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07 - 649

TO: (Name and address of Defendant)
LPL Licensing, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

OCT 17 2007

CLERK

(By) DEPUTY CLERK

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE October 17, 2007 |
| NAME OF SERVER (PRINT) [signature] | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by hand delivery a copy of the summons and complaint to LPL Licensing, LLC c/o The Corporation Trust Company Corporation Trust Center, 1209 Orange Street Wilmington, DE 19801

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-17-07        [signature]
             Date             Signature of Server

1201 North Market Street
Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.