IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
                                :
CITICORP CREDIT SERVICES, INC., :
                                :
          Plaintiff,            :
                                :
     v.                         :  Civ. Act. No. 07-649-JJF (LPS)
                                :
LPL LICENSING LLC, et al.,      :
                                :
          Defendants.           :
```

## O R D E R

WHEREAS, the Court has referred this matter to Magistrate Judge Stark pursuant to the Standing Order dated June 29, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The Magistrate Judge shall regulate and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of the Court.

2.    All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

November 2 , 2007
      DATE

UNITED STATES DISTRICT JUDGE