IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CITICORP CREDIT SERVICES, INC.,              )
                                             )
                    Plaintiff,               )
                                             )
        v.                                   )      C.A. No. 07-649-JJF
                                             )
LPL LICENSING, LLC,  and                     )
PHOENIX LICENSING, L.L.C.,                   )
                                             )
                    Defendants.

**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

        IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

subject to the approval of the Court, that the time within which defendants LPL Licensing, LLC

and Phoenix Licensing, L.L.C. shall answer, move or otherwise respond to the Complaint for

Declaratory Judgment be, and upon approval is, extended to and including November 20, 2007

(from November 6, 2007).


MORRIS, NICHOLS, ARSHT & TUNNELL LLP          THE BAYARD FIRM

/s/ Rodger D. Smith II (rs3778)               /s/ Richard D. Kirk (rk0922)
1201 North Market Street                      222 Delaware Avenue, Suite 900
P.O. Box 1347                                 P.O. Box 25130
Wilmington, DE  19899-1347                    Wilmington, DE 19899-5130
(302) 658-9200                                (302) 655-5000
Attorneys for Plaintiff                       Attorneys for Defendants


                SO ORDERED, this _____ day of November, 2007


                _____
                        United States District Judge