IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CITICORP CREDIT SERVICES, INC.,    )
                                   )
            Plaintiff,             )
                                   )
      v.                           )    C.A. No. 07-649-JJF (LPS)
                                   )
LPL LICENSING, LLC,  and           )
PHOENIX LICENSING, L.L.C.,         )
                                   )
            Defendants.

**CONSOLIDATED MOTIONS TO DISMISS OF DEFENDANTS
LPL LICENSING, L.L.C. AND PHOENIX LICENSING, L.L.C.**

Defendants LPL Licensing, L.L.C. ("LPL") and Phoenix Licensing, L.L.C. ("Phoenix") move to dismiss this action.  Specifically, defendants move as follows:

First, they move to dismiss under the first-to-file rule because Citicorp's claims were filed after the a previously filed action in the Eastern District of Texas, involving the same parties and the same issues, and allowing these claims to continue would waste time, effort, and money.

Second, they move to dismiss for lack of subject matter jurisdiction because Citicorp cannot identify the requisite "actual controversy" between the parties.

Third, they ask the Court to exercise its discretion to decline to hear Citicorp's declaratory judgment claims because this case falls outside the purposes of the Declaratory Judgment Act, and dismissal will allow the most efficient resolution of all the disputes between parties in one court: the Eastern District of Texas.

Fourth, defendant Phoenix moves to dismiss under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction because this District has no general or specific jurisdiction over Phoenix.

The grounds for this motion are set forth more specifically in LPL's and Phoenix's Opening Brief in Support of Motion to Dismiss filed contemporaneously herewith.

November 15, 2007                                      THE BAYARD FIRM

                                                      /s/ Richard D. Kirk (rk0922)
                                                      Richard D. Kirk (rk0922)
                                                      222 Delaware Avenue, Suit 900
                                                      Wilmington, Delaware 19899-5130
                                                      rkirk@bayardfirm.com
                                                      (3020) 655-5000
                                                      Attorneys for Defendants,
                                                      LPL LICENSING, L.L.C. and
                                                      PHOENIX LICENSING, L.L.C.

OF COUNSEL:

Gregory Dovel
Sean Luner
Dovel & Luner LLP
201 Santa Monica, Suite 600
Santa Monica California 90401
(310) 656-7066

675751-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 15, 2007, he electronically

filed the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Rodger D. Smith, II
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE  19899-1347


The undersigned counsel further certifies that copies of the foregoing document

were sent by email and by hand on November 15, 2007 to the above counsel.


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk