IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITICORP CREDIT SERVICES, INC., | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-649-JJF-LPS |
| LPL LICENSING L.L.C., and PHOENIX LICENSING, L.L.C., | : |
| Defendants. | : |

### ORDER

At Wilmington this **27th** day of **November, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, December 19, 2007 at 10:00 a.m.** with Magistrate Judge Stark to discuss the status of the case. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE