IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITICORP CREDIT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-649-JJF (LPS) |
| | ) | |
| LPL LICENSING, LLC, and | ) | |
| PHOENIX LICENSING, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that: (1) the time for plaintiff to serve and file its Answering Brief in Opposition to the Consolidated Motions To Dismiss Of Defendants LPL Licensing, L.L.C. And Phoenix Licensing, L.L.C. (D.I. 9) ("the Motions") shall be extended until December 20, 2007; and (2) the time for defendants to serve and file their Reply Brief in support of the Motions shall be extended until January 4, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | THE BAYARD FIRM |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Richard D. Kirk* |
| Rodger D. Smith II (#3778) | Richard D. Kirk (#922) |
| 1201 N. Market Street | 222 Delaware Avenue, Suite 900 |
| P.O. Box 1347 | Wilmington, DE 19899-5130 |
| Wilmington, DE 19899 | (302) 655-5000 |
| (302) 658-9200 | rkirk@bayardfirm.com |
| rsmith@mnat.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

SO ORDERED this ___ day of _____, 2007.

_____
United States Magistrate Judge

1322773