RE: 07cv649 JVF-LPS



LATHROP
GAGE
LAW OFFICES

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 DEC -6 PM 2: 23

WILLIAM R. HANSEN
(212) 850-6225
EMAIL: WHANSEN@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

230 PARK AVENUE
SUITE 1847
NEW YORK, NY 10169
(212) 850-6220, FAX (212) 850-6221

December 3, 2007

## VIA HAND DELIVERY AND FEDERAL EXPRESS

Jeffrey N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC  20002-8004

      Re:    *In re LPL and Phoenix Licensing Patents Litigation* - MDL No. 1910

Dear Mr. Lüthi:

      Enclosed are an original and five copies of :

1.    Direct Response Corporation, Response Worldwide Insurance Company, And Warner Insurance Company's Response to the Citi Parties' Motion To Consolidate And Transfer Under 28 U.S.C. § 1407

2.    Proof of Service

      Please file the above with the MDL Panel and return the extra file-stamped copy to us in the enclosed, self-addressed return envelope.

Lüthi
December 3, 2007
Page 2

We are enclosing a disk containing copies of the above-referenced documents, as well as this letter, in Word format. We will submit a copy of a CD containing PDFs of these documents, via next-day FedEx.

Very truly yours,

LATHROP & GAGE L.C.

William R. Hansen

WRH/lkp

Enclosure

cc (via U.S. Mail):

Clerk, District of Arizona (Phoenix)
Sandra Day O'Connor US Courthouse
401 W.Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

Clerk, District of Delaware (Wilmington)
844 N. King Street, LB 18
Wilmington, DE 19801

07 cv 649

Clerk, Northern District of Illinois (Chicago)
Everett McKinley Dirksen Building
219 S. Dearborn Street
Chicago, IL 60604

Clerk, Eastern District of Texas (Marshall)
100 E. Houston Street, Room 125
Marshall, TX 75670

R. William Beard, Jr., Esq.
Baker & Botts LLP
98 San Jacinto Blvd, Suite 1500
Austin, TX 78701-4078

Lüthi
December 3, 2007
Page 3


Ray Kendall Harris, Esq.
Fennemore Craig PC
3003 N. Central Ave, Suite 2600
Phoenix, AZ 85012-2913

Gregory Scott Dovel, Esq.
Sean Aaron Luner, Esq.
Dovel & Luner
201 Santa Monica Blvd, Suite 600
Santa Monica, CA 90401

Charles Ainsworth, Esq.
Robert Christopher Bunt, Esq.
Parker Bunt & Ainsworth
100 E. Ferguson
Suite 1114
Tyler, TX 75705

Mark M. Deatherage, Esq.
Gallagher & Kennedy PA
2575 E. Camelback Rd., Suite 1100
Phoenix, AZ 85016-9225

LPL Licensing, L.L.C.
10947 East Lillian Lane
Scottsdale, AZ 85255

Phoenix Licensing, L.L.C.
10947 East Lillian Lane
Scottsdale, AZ 85255

Brett L. Dunkelman, Esq.
Osborn Maledon PA
P.O. Box 36379
Phoenix, AZ 85012-6379

Jose J. Patino, Esq.
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 1200
San Diego, CA 92130-2040

Lüthi
December 3, 2007
Page 4

Maureen Beyers, Esq.
Osborn Maledon PA
2929 N. Central Ave.
Phoenix, AZ 85012-2794

Rachel Krevans, Esq.
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482

Rodger Dallery Smith, II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899

Donald Joseph Mizerk, Esq.
Peter C. McCabe, III, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Elizabeth L. DeRieux, Esq.
Sidney Calvin Capshaw, III, Esq.
Brown McCarroll
1127 Judson Rd., Suite 220
P.O. Box 3999
Longview, TX 75606-3999

Allen Franklin Gardner, Esq.
Michael Edwin Jones, Esq.
Potter Minton PC
110 N. College
Suite 500
PO Box 359
Tyler, TX 75710-0359

Roger Brian Cowie, Esq.
Locke Liddell & Sapp
2200 Ross Ave.
Suite 2200
Dallas, TX 75201

Lüthi
December 3, 2007
Page 5


William C. Rooklidge, Esq.
Howrey LLP
2020 Main Street
Suite 1000
Irvine, CA 92614-8200

Harry Lee Gillam, Jr.
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670

Gary Jason Fischman
Jeffrey J. Phillips, Esq.
Howrey LLP
1111 Louisiana
25th Floor
Houston, TX 77002-5242

David S. Bloch, Esq.
Winston & Strawn
101 California St.
Suite 3900
San Francisco, CA 94111

Marc Lorelli, Esq.
Mark A. Cantor, Esq.
Matthew M. Jakubowski
Brooks & Kushman PC
1000 Town Center
22nd Floor
Southfield, MI 48075

Herbert A. Yarbrough, III, Esq.
100 E. Ferguson
Suite 1015
Tyler, TX 75702

K. Gregory Haynes, Esq.
Lisa C. DeJaco, Esq.
Matthew A. Williams, Esq.
Wyatt Tarrant & Combs

Lüthi
December 3, 2007
Page 6


500 W. Jefferson Street
Suite 2800
Louisville, KY 40202

Otis W. Carroll, Jr., Esq.
Ireland Carroll & Kelley
6101 S. Broadway
Suite 500
Tyler, TX 75703

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Kara Leta Szpondowski, Esq.
Timothy J. Haller, Esq.
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602

Chase Manhattan Mortgage Corporation
c/o Registered Agent
CT Corporation System
350 N. St. Paul St.
Dallas, TX 75201

JP Morgan Chase Bank, N.A.
c/o Registered Agent
CT Corporation System
350 North St. Paul St.
Dallas, TX 75201

Countrywide Home Loans, Inc.
c/o Registered Agent
Prentice Hall Corporation System
701 Brazos Street. Suit 1050
Austin, TX 78701

Countrywide Insurance Services, Inc.

Lüthi
December 3, 2007
Page 7

c/o Registered Agent
Corporation Service Company
701 Brazos St., Suite 1050
Austin, TX 78701

Discover Financial Services, Inc.
c/o Registered Agent
CT Corporation System
350 North St. Paul St.
Dallas, TX 75201

Discover Bank
c/o Registered Agent
100 West Market
P.O. Box C
Greenwood, DE 19950

GMAC Mortgage L.L.C.
c/o Registered Agent
Corporation Service Company
d/b/a CSD-Lawyers Inco
701 Brazos St., Suite 1050
Austin, TX 78701

GMAC Insurance Marketing, Inc.
c/o Registered Agent
CT Corporation System
350 North St. Paul St.
Dallas, TX 75201

GMAC Bank
c/o Registered Agent
Corporation Service Company
d/b/a CSD-Lawyers Inco
701 Brazos St., Suite 1050
Austin, TX 78701

Liberty Life Insurance Company
c/o Registered Agent
R. David Black
2000 Wade Hampton Blvd.
Greenville, SC 29615

Lüthi
December 3, 2007
Page 8


State Farm Mutual Automobile Insurance Company
c/o Registered Agent
Jerry B. Jensen
8900 Amberglen Blvd.
Austin, TX 78729-1110

State Farm Bank, F.S.B.
1 State Farm Plaza
c/o Corp Tax D-3
Bloomington, IL 61710-0001


NYDOCS 54954v1

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re PHOENIX LICENSING, L.L.C., | ) | |
| PATENT LITIGATION | ) | **MDL No. 1910** |
| | ) | |

## DIRECT RESPONSE CORPORATION, RESPONSE WORLDWIDE INSURANCE COMPANY, AND WARNER INSURANCE COMPANY'S RESPONSE TO THE CITI PARTIES' MOTION TO CONSOLIDATE AND TRANSFER UNDER 28 U.S.C. § 1407

Direct Response Corporation ("DRC"), Response Worldwide Insurance

Company, and Warner Insurance Company (collectively, "Response")[1] respectfully

submit their response to the Motion to Consolidate and Transfer of Citibank, N.A.,

Citibank USA, N.A., Citibank (South Dakota), N.A., CitiMortgage, Inc., Citigroup, Inc.,

Citi Assurance Services, Inc., and Citicorp Credit Service (collectively, the "Citi

Parties"), pursuant to 28 U.S.C. §1407.

## I.    SUMMARY

Response supports the Citi Parties' application to consolidate the various pending

patent actions set forth in their motion, but urges that the actions be consolidated before

the District of Arizona, which is the most appropriate forum.

Foremost, three of the six pending patent actions involving patents held by

Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. (the "LPL Parties") are before the

District of Arizona, including the first-filed matter brought by State Farm. *State Farm

Mutual Automobile Ins. Co. v. LPL Licensing, L.L.C., et al.*, No. 2:07-cv-01329-MHM

(D. Ariz., filed July 10, 2007). Secondly, according to the inventor information on the

most recent of the subject patents, the inventor of the patents at issue – U.S. Patent Nos.

---

[1] The Response parties are defendants in the action entitled *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.*, No. 2:07-cv-11387-TJW-CE (E.D. Tex., filed Aug. 31, 2007).

5.987,434 (the "'434 Patent"), 6,076,072 (the "'072 Patent"), and 6,999,938 (the "'938 Patent") (collectively, the "Patents in Suit") – resides in Arizona. The LPL Parties also have their principal places of business in Arizona. As a result, it is anticipated that, to a large extent, the discovery in the patent suits will likely be focused in Arizona, making the District of Arizona the logical jurisdiction in which to conduct the consolidated multidistrict litigation. Significantly, there appears to be no party office, witness, or evidence located in the Eastern District of Texas, which seems to have been chosen by the LPL Parties solely as a matter of forum shopping.

**II. FACTS**

1.      Response refers to and incorporates herein the facts stated in the Citi Parties' Brief in Support of Their Motion to Consolidate and Transfer Under 28 U.S.C. § 1407.

2.      The lawsuits sought to be consolidated involve alleged infringement of the Patents in Suit.

3.      There are currently six pending federal matters involving the Patents in Suit, filed in four different district courts: *State Farm Mutual Automobile Ins. Co. v. LPL Licensing, L.L.C., et al.*, No. 2:07-cv-01329-MHM (D. Ariz., filed July 10, 2007) (the "State Farm Action"); *State Farm Bank, F.S.B. v. LPL Licensing, L.L.C., et al.*, No. 2:07-cv-01895-HRH (D. Ariz., filed Oct. 4, 2007); *United Servs. Automobile Ass'n v. LPL Licensing, L.L.C., et al.*, No. 2:07-cv-01968-FJM (D. Ariz., filed Oct. 12, 2007); *Discover Prods., Inc. v. Phoenix Licensing, L.L.C., et al.*, No. 1:07-cv-05776-JBM (N.D. Ill., filed Oct. 11, 2007); *Citicorp Credit Servs., Inc. v. LPL Licensing, L.L.C. et al.*, No. 1:07-cv-00649-JJF (D. Del., filed Oct. 17, 2007); and *Phoenix Licensing, L.L.C., et al. v.*

*Chase Manhattan Mortgage, et al.*, No. 2: 07- cv-11387- TJW-CE (E.D. Tex., filed Aug. 31. 2007) (the "Texas Action")[2] (collectively, the "Patent Matters"). Hence, three of the Patent Matters have been filed in the District of Arizona, including the first-filed State Farm Action. In addition, Response intends to file its own declaratory judgment suit in the District of Arizona.

4.     The LPL Parties allege in their pleadings in the Texas Action that their principal places of business are located in Scottsdale, Arizona.

5.     The named inventor of the Patents in Suit is Richard M. Libman, whose address was listed as being in Scottsdale, Arizona, in the '938 Patent, which was most recently granted of the Patents in Suit.

6.     The U.S. District Court for the Northern District of Illinois recently stayed the matter in that District, pending the ruling of this Panel on the present motion.

7.     It appears that none of the parties has any office in the Eastern District of Texas, nor are any significant witnesses or evidence known to be located there.

8.     At least seven of the twenty-three defendants in the Texas Action have moved in some form to transfer venue to the District of Arizona.

9.     Response Worldwide Insurance Company and Warner Insurance Company are licensed to transact insurance in Arizona, and DRC is their holding company.

---

[2] The LPL Parties' allegations against Response involve infringement of only the '434 Patent and the '938 Patent.

3

## II.   ARGUMENT

### A.   The Patent Matters Are Appropriate for Consolidation in Multidistrict Litigation

As more fully set forth in Sections III.A-C of the Citi Parties' Brief, the six Patent Matters may properly be consolidated for pretrial proceedings. Under 28 U.S.C. § 1407, civil actions pending in different districts and involving "one or more common questions of fact" may be transferred by the Judicial Panel on Multidistrict Litigation "for the convenience of parties and witnesses" and to "promote the just and efficient conduct of such actions."

Indeed, each of the Patent Matters involves some or all of the same three Patents in Suit. Common issues in all the Patent Matters include whether the Patents in Suit are invalid and unenforceable. Because the infringement claims will a require *Markman* claim construction ruling for the Patents in Suit, common legal questions are expected to be raised and will necessarily be resolved, as well.

Moreover, the LPL Parties have not yet identified with any particularity which alleged actions of the parties are claimed to infringe the three Patents in Suit. The fact that the Patents in Suit disclose advertising and business methods, and many of the defendants may very well employ similar marketing activities, suggest that the supposedly infringing activities of the parties could be factually quite similar. A consolidated discovery process relating to each of the defendants' products and procedures in light of the infringement allegations will serve the best interests of justice.

Consolidation will serve the convenience of the parties and witnesses and will promote efficient conduct of the Patent Matters. Given the common legal and factual

NYDOCS 54887v2

4

issues, the various Patent Matters likely will create duplicative discovery obligations and highly similar arguments in pre-trial briefing if not consolidated, thereby causing an avoidable inconvenience and expense for both the parties and the witnesses. Further, if different courts enter *Markman* rulings on the same patents, there is a strong risk of inconsistent rulings and unfair results for the parties. Finally, consolidation serves the purposes of judicial economy and avoids added burden on the courts.

Given these considerations, Response concurs with the Citi Parties that consolidation of pre-trial proceedings in the Patent Matters is appropriate.

**B.     The District of Arizona is the Most Appropriate Forum for Consolidation**

Response supports the Citi Parties' motion to consolidate the Patent Matters, but respectfully submits that the District of Arizona -- not the District of Delaware -- is the most appropriate forum for the consolidated actions.

First, the first-filed of the Patent Matters, the State Farm Action, and two other actions involving the Patents in Suit were commenced and remain pending before the District of Arizona. Indeed, there are three of the Patent Matters pending in Arizona, while each of the other districts in question only has one such matter filed there. Notably, the first-filed State Farm Action was filed in Arizona a month and a half before the Texas Action, and three months prior to the filing of the other two Arizona matters. *See In Re JP Morgan Chase & Co. Securities Litigation*, 452 F. Supp. 2d 1350, 1351 (Jud. Pan. Mult. Lit. 2006) ("The action pending there, which is the earliest filed of the three actions, is more procedurally advanced than the two Delaware actions."); *In Re Columbia Univ. Patent Litigation*, 313 F. Supp. 2d 1383, 1385 (Jud. Pan. Mult. Lit. 2004)

5

(transferring the consolidated actions to the district "in which half of the actions are pending").

Second, this Panel also considers the location of the patent holder. *See In Re Mirtazapine Patent Litigation,* 199 F. Supp. 2d 1380, 1380 (Jud. Pan. Mult. Lit. 2002) ("[T]he common party patentholder is located [in the transferee district] such that relevant documents and witnesses will likely be found there."). As both of the LPL Parties and the named inventor of the Patents in Suit are located in Arizona, Response believes that a great deal of discovery will likely focus upon that District, lending further weight to the argument that the District of Arizona is the most appropriate and convenient district.

In addition, the LPL Parties have no apparent connection to the Eastern District of Texas, but Response and several other parties to the Pending Matters conduct business in Arizona. Scottsdale, Arizona, is in fact the home town of the LPL Parties, which makes their choice to sue elsewhere, in a venue in which they have no nexus, rather suspect. Finally, the notably crowded patent docket in the Eastern District of Texas, Marshall Division, would benefit from the MDL proposal in this motion. *See* Julie Creswell, *So Small a Town, So Many Patent Suits,* The New York Times, Sept. 24, 2006, at Section 3, pg. 1.

## III. CONCLUSION

Response respectfully urges the Panel to order that the six pending Patent Matters be consolidated. The Patent Matters involve common issues of law regarding the construction and validity of the Patents in Suit, as well as the likelihood of overlapping

factual issues. The considerations of 28 U.S.C. § 1407 favor their consolidation in multidistrict litigation for pre-trial proceedings.

Moreover, Response requests that the consolidated actions proceed before the United Stated District Court for the District of Arizona, which is the most appropriate forum. In this regard, three of the six Pending Matters have been filed in Arizona, including the first-filed State farm Action, and the LPL Parties and the inventor of the Patents in Suit allegedly are located in Arizona.

Dated: December 3, 2007                          Respectfully Submitted,

William R. Hansen, Esq.
LATHROP & GAGE, L.C.
230 Park Avenue, Suite 1847
New York, New York 10169
Telephone: (212) 850-6220
Fax: (212) 850-6221

*Attorney for Direct Response*
*Corporation, Response*
*Worldwide Insurance*
*Company, and Warner*
*Insurance Company*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re LPL AND PHOENIX LICENSING** § | |
| **PATENTS LITIGATION** | **MDL - 1910** |
| § | |
| § | |

### PROOF OF SERVICE

I hereby certify that copies of Direct Response Corporation, Response Worldwide Insurance Company, and Warner Insurance Company's (1) Response to Citi Parties' Motion to Consolidate and Transfer under 28 U.S.C. § 1407; and (2) this Proof of Service were served by first class mail on December 3, 2007 to the following:

Clerk, District of Arizona (Phoenix)
Sandra Day O'Connor US Courthouse
401 W.Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

Clerk, District of Delaware (Wilmington)
844 N. King Street, LB 18
Wilmington, DE 19801

Clerk, Northern District of Illinois (Chicago)
Everett McKinley Dirksen Building
219 S. Dearborn Street
Chicago, IL 60604

Clerk, Eastern District of Texas (Marshall)
100 E. Houston Street, Room 125
Marshall, TX 75670

R. William Beard, Jr., Esq.
Baker & Botts LLP
98 San Jacinto Blvd, Suite 1500
Austin, TX 78701-4078
**Counsel for Plaintiff: State Farm Mutual Automobile Insurance Company;**
*State Farm Mutual Automobile Insurance Company v. LPL Licensing, et al.;*
District of Arizona (Phoenix), CA No. 2:07-cv-01329-MHM

**Counsel for Defendants: State Farm Mutual Automobile Insurance Company, State Farm Bank, F.S.B.;** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.;* Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Ray Kendall Harris, Esq.
Fennemore Craig PC
3003 N. Central Ave, Suite 2600
Phoenix, AZ 85012-2913
**Counsel for Plaintiff:**
(1) **State Farm Mutual Automobile Insurance Company;** *State Farm Mutual Automobile Insurance Company v. LPL Licensing, et al.;* District of Arizona (Phoenix), CA No. 2:07-cv-01329-MHM
(2) **State Farm Bank, F.S.B.;** *State Farm Bank, F.S.B. v. LPL Licensing, L.L.C., et al.;* District of Arizona (Phoenix), CA No. 2:07-cv-01895-HRH

Gregory Scott Dovel, Esq.
Sean Aaron Luner, Esq.
Dovel & Luner
201 Santa Monica Blvd, Suite 600
Santa Monica, CA 90401
**Counsel for Plaintiffs: Phoenix Licensing L.L.C. and LPL Licensing, L.L.C.;** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.;* Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE
**Counsel for Defendants: LPL Licensing, L.L.C. and Phoenix Licensing, L.L.C. ;** *State Farm Mutual Automobile Insurance Company v. LPL Licensing, et al.;* District of Arizona (Phoenix), CA No. 2:07-cv-01329-MHM

Charles Ainsworth, Esq.
Robert Christopher Bunt, Esq.
Parker Bunt & Ainsworth
100 E. Ferguson
Suite 1114
Tyler, TX 75705
**Counsel for Plaintiffs: Phoenix Licensing L.L.C. and LPL Licensing, L.L.C.;** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.;* Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Mark M. Deatherage, Esq.
Gallagher & Kennedy PA
2575 E. Camelback Rd., Suite 1100
Phoenix, AZ 85016-9225
**Counsel for Defendants: LPL Licensing, L.L.C. and Phoenix Licensing, L.L.C.;** *State Farm Mutual Automobile Insurance Company v. LPL Licensing, et al.;* District of Arizona (Phoenix), CA No. 2:07-cv-01329-MHM

LPL Licensing, L.L.C.
10947 East Lillian Lane
Scottsdale, AZ 85255
(a) **Defendant:** *State Farm Bank, F.S.B. v. LPL Licensing, L.L.C., et al.;* District of
Arizona (Phoenix), CA No. 2:07-cv-01895-HRH
(b) **Defendant:** *United Services Automobile Association v. LPL Licensing, L.L.C., et al.;*
District of Arizona (Phoenix) CA No. 2:07-cv-01968-FJM
(c) **Defendant:** *Citicorp Credit Services Inc. v. LPL Licensing, L.L.C., et. al.;* District of
Delaware (Wilmington), CA No. 1:07-cv-00649-UNA
(d) **Defendant:** *Discover Products, Inc. v. Phoenix Licensing, L.L.C., et al.;* Northern
District of Illinois (Chicago), CA No. 1:07-cv-05776
(e) **Defendant:** *State Farm Mutual Automobile Insurance Company v. LPL Licensing, et
al.;* District of Arizona (Phoenix), CA No. 2:07-cv-01329-MHM
(f) **Plaintiff:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.;*
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Phoenix Licensing, L.L.C.
10947 East Lillian Lane
Scottsdale, AZ 85255
(a) **Defendant:** *State Farm Bank, F.S.B. v. LPL Licensing, L.L.C., et al.;* District of
Arizona (Phoenix), CA No. 2:07-cv-01895-HRH
(b) **Defendant:** *United Services Automobile Association v. LPL Licensing, L.L.C., et al.;*
District of Arizona (Phoenix) CA No. 2:07-cv-01968-FJM
(c) **Defendant:** *Citicorp Credit Services Inc. v. LPL Licensing, L.L.C., et. al.;* District of
Delaware (Wilmington), CA No. 1:07-cv-00649-UNA
(d) **Defendant:** *Discover Products, Inc. v. Phoenix Licensing, L.L.C., et al.;* Northern
District of Illinois (Chicago), CA No. 1:07-cv-05776
(e) **Defendant:** *State Farm Mutual Automobile Insurance Company v. LPL Licensing, et
al.;* District of Arizona (Phoenix), CA No. 2:07-cv-01329-MHM
(f) **Plaintiff:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.;*
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Brett L. Dunkelman, Esq.
Osborn Maledon PA
P.O. Box 36379
Phoenix, AZ 85012-6379
**Counsel for Plaintiff: United Services Automobile Association;** *United Services
Automobile Association v. LPL Licensing, L.L.C., et al.;* District of Arizona (Phoenix)
CA No. 2:07-cv-01968-FJM

Jose J. Patino. Esq.
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 1200
San Diego, CA 92130-2040

**Counsel for Plaintiff: United Service Automobile Association;** *United Services Automobile Association v. LPL Licensing, L.L.C., et al.;* District of Arizona (Phoenix) CA No. 2:07-cv-01968-FJM

**Counsel for Defendants: USAA Federal Savings Bank and USAA Savings Bank;** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.;* Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Maureen Beyers, Esq.
Osborn Maledon PA
2929 N. Central Ave.
Phoenix, AZ 85012-2794

**Counsel for Plaintiff: United Services Automobile Association;** *United Services Automobile Association v. LPL Licensing, L.L.C., et al.;* District of Arizona (Phoenix), CA No. 2:07-cv-01968-FJM

Rachel Krevans, Esq.
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482

**Counsel for Plaintiff: United Services Automobile Association;** *United Services Automobile Association v. LPL Licensing, L.L.C., et al.;* District of Arizona (Phoenix), CA No. 2:07-cv-01968-FJM

**Counsel for Defendant: USAA Federal Savings Bank, USAA Savings Bank;** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.;* Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Rodger Dallery Smith, II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899

**Counsel for Plaintiff: Citicorp Credit Services, Inc.;** *Citicorp Credit Services Inc. v. LPL Licensing, L.L.C., et al.;* District of Delaware (Wilmington), CA No. 1:07-cv-00649-UNA

Donald Joseph Mizerk, Esq.
Peter C. McCabe, III, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

**Counsel for Plaintiff: Discover Products, Inc., Discover Bank;** *Discover Products, Inc. v. Phoenix Licensing. L.L.C.. et al.;* Northern District of Illinois (Chicago), CA No. 1:07-cv-05776

**Counsel for Defendant: Discover Financial Services, Inc.**; *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Elizabeth L. DeRieux, Esq.
Sidney Calvin Capshaw, III, Esq.
Brown McCarroll
1127 Judson Rd., Suite 220
P.O. Box 3999
Longview, TX 75606-3999

**Counsel for Plaintiffs: Phoenix Licensing L.L.C. and LPL Licensing, L.L.C.**; *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Allen Franklin Gardner, Esq.
Michael Edwin Jones, Esq.
Potter Minton PC
110 N. College
Suite 500
PO Box 359
Tyler, TX 75710-0359

**Counsel for Defendants: Chase Manhattan Mortgage Corp. and JP Morgan Chase Bank, N.A.**; *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Roger Brian Cowie, Esq.
Locke Liddell & Sapp
2200 Ross Ave.
Suite 2200
Dallas, TX 75201

**Counsel for Defendants: Citibank, N.A., Citibank USA, N.A., Citibank (South Dakota) N.A., CitiMortgage, Inc., CitiGroup, Inc., Citi Assurance Services, Inc.**; *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

William C. Rooklidge, Esq.
Howrey LLP
2020 Main Street
Suite 1000
Irvine, CA 92614-8200

**Counsel for Defendants: Countrywide Home Loans, Inc. and Countrywide Insurance Services, Inc.**; *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Harry Lee Gillam, Jr.
Gillam & Smith, LLP

303 South Washington Avenue
Marshall, TX 75670
**Counsel for Defendants: Discover Financial Services, Inc., Discover Bank;** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Gary Jason Fischman
Jeffrey J. Phillips, Esq.
Howrey LLP
1111 Louisiana
25th Floor
Houston, TX 77002-5242
**Counsel for Defendants: Countrywide Home Loans, Inc. and Countrywide Insurance Services, Inc.;** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

David S. Bloch, Esq.
Winston & Strawn
101 California St.
Suite 3900
San Francisco, CA 94111
**Counsel for Defendant: Discover Financial Services, Inc.;** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Marc Lorelli, Esq.
Mark A. Cantor, Esq.
Matthew M. Jakubowski
Brooks & Kushman PC
1000 Town Center
22nd Floor
Southfield, MI 48075
**Counsel for Defendants: GMAC Mortgage, L.L.C., GMAC Insurance Marketing, Inc., and GMAC Bank;** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Herbert A. Yarbrough, III, Esq.
100 E. Ferguson
Suite 1015
Tyler, TX 75702
**Counsel for Defendant: Liberty Life Insurance Co.;** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

K. Gregory Haynes, Esq.
Lisa C. DeJaco, Esq.

Matthew A. Williams, Esq.
Wyatt Tarrant & Combs
500 W. Jefferson Street
Suite 2800
Louisville, KY 40202
**Counsel for Defendant: Liberty Life Insurance Co.**; *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Otis W. Carroll, Jr., Esq.
Ireland Carroll & Kelley
6101 S. Broadway
Suite 500
Tyler, TX 75703
**Counsel for Defendants: USAA Federal Savings Bank, USAA Savings Bank**; *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
**Counsel for Defendants: LPL Licensing LLC and Phoenix Licensing, LLC**; *Citicorp Credit Services Inc. v. LPL Licensing, L.L.C., et al.*; District of Delaware (Wilmington), CA No. 1:07-cv-00649-UNA

Kara Leta Szpondowski, Esq.
Timothy J. Haller, Esq.
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602
**Counsel for Defendants: LPL Licensing, L.L.C. and Phoenix Licensing, L.L.C.**; *Discover Products, Inc. v. Phoenix Licensing, L.L.C., et al.*; Northern District of Illinois (Chicago), CA No. 1:07-cv-05776

Chase Manhattan Mortgage Corporation
c/o Registered Agent
CT Corporation System
350 N. St. Paul St.
Dallas, TX 75201
**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*; Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

JP Morgan Chase Bank, N.A.
c/o Registered Agent
CT Corporation System
350 North St. Paul St.
Dallas, TX 75201
**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*;
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Countrywide Home Loans, Inc.
c/o Registered Agent
Prentice Hall Corporation System
701 Brazos Street, Suit 1050
Austin, TX 78701
**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*;
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Countrywide Insurance Services, Inc.
c/o Registered Agent
Corporation Service Company
701 Brazos St., Suite 1050
Austin, TX 78701
**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*;
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Discover Financial Services, Inc.
c/o Registered Agent
CT Corporation System
350 North St. Paul St.
Dallas, TX 75201
**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*;
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Discover Bank
c/o Registered Agent
100 West Market
P.O. Box C
Greenwood, DE 19950
**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*;
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

GMAC Mortgage L.L.C.
c/o Registered Agent
Corporation Service Company
d/b/a CSD-Lawyers Inco
701 Brazos St., Suite 1050
Austin, TX 78701

**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*;
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

GMAC Insurance Marketing, Inc.
c/o Registered Agent
CT Corporation System
350 North St. Paul St.
Dallas, TX 75201
**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*;
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

GMAC Bank
c/o Registered Agent
Corporation Service Company
d/b/a CSD-Lawyers Inco
701 Brazos St., Suite 1050
Austin, TX 78701
**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*;
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Liberty Life Insurance Company
c/o Registered Agent
R. David Black
2000 Wade Hampton Blvd.
Greenville, SC 29615
**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*;
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

State Farm Mutual Automobile Insurance Company
c/o Registered Agent
Jerry B. Jensen
8900 Amberglen Blvd.
Austin, TX 78729-1110
**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*;
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

State Farm Bank, F.S.B.
1 State Farm Plaza
c/o Corp Tax D-3
Bloomington, IL 61710-0001
**Defendant:** *Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage, et al.,*;
Eastern District of Texas (Marshall), CA No. 2:07-cv-11387-TJW-CE

Dated: December 3, 2007

Respectfully submitted,

William R. Hansen
LATHROP & GAGE, L.C.
230 Park Avenue, Suite 1847
New York, New York 10169
Telephone: (212) 850-6220
Fax: (212) 850-6221

*Attorney for Direct Response
Corporation, Response Worldwide
Insurance Company, Warner
Insurance Company*

NYDOCS 55026v1