IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITICORP CREDIT SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LPL LICENSING, LLC and PHOENIX LICENSING, L.L.C., <br><br> Defendants. | C.A. No. 07-649-JJF-LPS |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiff Citicorp Credit Services, Inc. hereby respectfully requests oral argument on the Consolidated Motions To Dismiss Of Defendants LPL Licensing, L.L.C. And Phoenix Licensing, L.L.C. (D.I. 9). The briefing on the motions (D.I. 10, 17 and 18) was completed on January 4, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
*Attorneys for Plaintiff Citicorp Credit Services, Inc.*

January 9, 2008

1378455

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on January 9, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard D. Kirk, Esquire
> The Bayard Firm

and that on January 9, 2008, I caused copies to be served upon the following in the manner indicated:

### BY HAND & E-MAIL

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
rkirk@bayardfirm.com

### BY E-MAIL

Gregory Dovel, Esquire
Dovel & Luner LLP
Sean Luner, Esquire
201 Santa Monica Blvd., Suite 600
Santa Monica, CA  90401
greg@dovellaw.com
luner@dovellaw.com

 */s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com