# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

ELECTRONCIALLY SUBMITTED

(302) 429-4208
rkirk@bayardfirm.com

January 10, 2008

The Honorable Leonard P. Stark
United States Magistrate Judge
United States District Court for the Court of Delaware
844 N. King Street
Lockbox 26
Wilmington, DE 19801

      Re:    Citicorp Credit Services, Inc. v. LPL Licensing, LLC
              and Phoenix Licensing, L.L.C.
              C.A. No. 07-649(JJF)

Dear Judge Stark:

      I represent defendants LPL Licensing, LLC and Phoenix Licensing L.L.C. ("Defendants"). I have a copy of plaintiff Citicorp Credit Services, Inc.'s request for oral argument (D.I. 19) on Defendants' Motions to Dismiss (D.I. 9).

      If the Court is inclined to grant plaintiff's request for oral argument, Defendants request that it be scheduled promptly in view of the MDL proceeding scheduled for January 30, 2008, as discussed during our status teleconference on December 19, 2007.

      If the Court has any questions, counsel would be pleased to respond.

                            Respectfully submitted,

                            Richard D. Kirk (rk0922)

:rdk
cc: Rodger Smith, Esquire

{00717628;v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 10, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Rodger D. Smith, II
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on January 10, 2008 to the above counsel.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk